Philip G. Jones (1748)
Chapter 7 Trustee
1215 South Main Street
Orem, Utah 84058
Telephone: (801) 224-5750
Email: Trustee@Theo7.com

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF UTAH CENTRAL DIVISION

| In re: | Bankruptcy No. 23-22810 |
|---|---|
| Chad Todd Ostler Jessica Elvira Ostler, | Chapter 7 |
| Debtors. | TRUSTEE'S NOTICE OF ABANDONMENT |

The Trustee's Notice of Proposed Abandonment and Opportunity of Object dated September 15, 2023 [Docket No. 15] having been served on all parties in interest [see, Docket No. 16] and no timely objection having been filed, Philip G. Jones, Trustee of the above-referenced bankruptcy case, hereby abandons the Estate's interest in the real property located at 2381 North Sr 118, Austin, Utah.

DATED this 4th day of October, 2023.

        _/s/_Philip_G._Jones_____
        Philip G. Jones
        Chapter 7 Trustee